# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum, | No. CV-17-03815-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| S & H Hospitality LLC, | |
| Defendant. | |

The Court having received the parties' Stipulation for Dismissal with Prejudice (Doc. 20),

**IT IS ORDERED** granting the Stipulation and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

Dated this 8th day of January, 2018.

_____
Honorable G. Murray Snow
United States District Judge